UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CALOBRACE, CHARLES DAVID and | ) | CASE NO.: 09-15095 |
| CALOBRACE, CHERIE LYNN | ) | <u>CHAPTER 7 BANKRUPTCY</u> |
| | ) | |
| Debtors. | ) | |

<u>**NOTICE PURSUANT TO F.R.B.P. 3010**</u>

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #7 | American InfoSource, LP<br>P.O. Box 248872<br>Oklahoma City, OK  73124-8872 | $2.98 |
| Claim #10 | GE Money Bank<br>Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $3.11 |

Total Check Amount =  $6.09

Respectfully submitted,

<u>/s/ Dustin M. Roach</u>
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of March 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

<u>/s/ Dustin M. Roach</u>
Dustin M. Roach, Trustee